# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1328
_____

Barbara Mrzlak Brundo,                          *
                                                *
              Appellant,                        *
                                                *    Appeal from the United States
       v.                                       *    District Court for the
                                                *    District of Nebraska.
Rev. Stephen Stillmunks, Registered             *
Agent, Christ the King Catholic Church          *    [UNPUBLISHED]
& School; Chris Segrell, Principal,             *
Christ the King School,                         *
                                                *
              Appellees.                        *

_____

Submitted: March 10, 2010
Filed: March 19, 2010
_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.
_____

PER CURIAM.

Barbara Brundo appeals the district court's[1] order returning her submissions because they lacked a legal basis or otherwise violated Fed. R. Civ. P. 11, and because Brundo was barred from making further submissions by a prior court order. We find no error in the district court's order. Accordingly, we affirm. See 8th Cir. R. 47A.

_____

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.